CITY OF WESTMINSTER, Respondent v. BLUE RIDGE ELECTRIC COOPERATIVE, INC., Petitioner.

(366 S. E. (2d) 611)

Supreme Court

April 1, 1988.

## ORDER

The above entitled matter is pending in this Court. It now appears that Petitioner wishes to withdraw the appeal and moves the Court of an Order dismissing the appeal, therefore,

It is ordered that the above captioned appeal be and hereby is dismissed.